IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE PORTLAND MINT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 20-518 C |
| | )   Senior Judge Horn |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of _____Eric J. Singley_____, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Eric J. Singley
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
PO Box 480
Ben Franklin Station
Washington, D.C. 20044

s/ Eric J. Singley
ERIC J. SINGLEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 616-1273
Facsimile: (202) 305-2062
Email: Eric.J.Singley@usdoj.gov

Dated: May 11, 2020