IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE PORTLAND MINT,           )<br>                              )<br>           Plaintiff,          )<br>                              )<br>   v.                         )<br>                              )    No. 20-518C<br>                              )    (Judge Horn)<br>THE UNITED STATES,            )<br>                              )<br>           Defendant.         )<br>                              ) | |

DEFENDANT'S REPLY SUPPORTING OUR FIRST MOTION FOR AN
ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, the United States, respectfully submits this reply in support of our first motion for an enlargement of time of 60 days, to and including August 28, 2020, within which to file our response to the complaint filed by plaintiff, The Portland Mint.  ECF No. 6.

We submit this reply to address two statements contained in plaintiff's letter in opposition to our motion.  First, plaintiff asserts that the United States has not paid plaintiff for its coins, and has "refused to say why."  ECF 7 at 1.  In fact, undersigned counsel informed plaintiff's counsel, on June 11, 2020, that the United States Bureau of the Mint (the Mint), after extensive testing and analysis, has reached a preliminary determination that plaintiff's coins were counterfeit, and that the Mint expects to make a final determination by mid-July 2020.  Second, plaintiff's counsel states that the United States has admitted that it "used" plaintiff's coins "almost two years ago."  *Id.* at 2.  To the contrary, undersigned counsel explained to counsel for the plaintiff, on June 15, that the Mint collected a sample of approximately 4,113 coins from plaintiff's shipment for testing and analysis, but that the Mint did not receive a payment or credit from the contractor/smelter for the remainder of plaintiff's coins.  We have asked the contractor for additional information on whether the remainder was used *by the contractor*, but we have not

yet received an answer.  As we stated in our motion for an enlargement of time, we have not yet received the agency's litigation report and documents relevant to the allegations in the complaint.

As we demonstrated in our motion, ECF No. 6, there is good cause for the Court to grant our motion for enlargement.  Accordingly, we respectfully request that the Court grant our first request for an enlargement of time of 60 days, to and including August 28, 2020, within which to file our response to plaintiff's complaint.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

/s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

/s/ Eric J. Singley
ERIC J. SINGLEY
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Tele: (202) 616-1273
Fax: (202) 307-0972
eric.j.singley@usdoj.gov

June 18, 2020                                             Attorneys for Defendant