# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * *  *
                                     *
THE PORTLAND MINT,                   *
                                     *
          Plaintiff,                 *
                                     *   No. 20-518C
     v.                              *   Filed: June 19, 2020
                                     *
UNITED STATES,                       *
                                     *
          Defendant.                 *
                                     *
* * * * * * * * * * * * * * * * * *  *
```

**O R D E R**

      The court is in receipt of the defendant's June 15, 2020 motion for an enlargement of time of sixty days, to and including August 28, 2020 to file a response to plaintiff's complaint. Plaintiff's counsel objects to an enlargement of more than thirty days. Defendant's motion is **GRANTED**. On or before **Friday, August 28, 2020**, defendant shall file a response to plaintiff's complaint. As a result of the enlargement, the status conference originally scheduled for July 7, 2020, at 2:30 p.m., EDT is **RESCHEDULED** for **Wednesday, September 2, 2020, at 2:30 p.m., EDT**. Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (973) 530-2107 and defendant's counsel at (202) 616-1273. The parties shall consult prior to the conference and be prepared to propose how to proceed in the above-captioned case.

      **IT IS SO ORDERED**.

                                                                   s/Marian Blank Horn
                                                            **MARIAN BLANK HORN**
                                                                     **Judge**