# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * *   *
                                      *
THE PORTLAND MINT,                    *
                                      *
           Plaintiff,                 *
                                      *
     v.                               *   No. 20-518C
                                      *   Filed: August 21, 2020
UNITED STATES,                        *
                                      *
           Defendant.                 *
                                      *
* * * * * * * * * * * * * * * * * *   *
```

## O R D E R

      The court is in receipt of the defendant's August 19, 2020 motion for an enlargement of time of twenty eight days, to and including September 25, 2020 to file a response to plaintiff's complaint. Plaintiff's counsel objects to another enlargement of time. Plaintiff's objection, submitted in the form of a letter rather than a formal response, stems in part from defendant's counsel's list of current obligations, which plaintiff argues, "is nearly word-for-word identical to the list Mr. Singley [defendant's counsel] provided to the Court in support of the government's first motion for enlargement of time to respond." The court acknowledges plaintiff's frustration, and notes for defendant that a lengthy list of other obligations will not be sufficient to grant any subsequent motions for enlargement of time to respond to the complaint. Defendant's motion is **GRANTED**. On or before **Friday, September 25, 2020**, defendant shall file a response to plaintiff's complaint. As a result of the enlargement, the status conference originally scheduled for September 2, 2020, at 2:30 p.m., EDT is **RESCHEDULED** for **Thursday, October 1, 2020, at 2:30 p.m., EDT**. Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (973) 530-2107 and defendant's counsel at (202) 616-1273. The parties shall consult prior to the conference and be prepared to propose how to proceed in the above-captioned case.

      **IT IS SO ORDERED**.

                                                  s/Marian Blank Horn
                                                  **MARIAN BLANK HORN**
                                                           **Judge**