IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE PORTLAND MINT, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 20-518 C |
| | ) | Senior Judge Horn |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of _____Alison Vicks_____, as attorney of record

for the United States.  Service of all papers by opposing parties should be addressed as follows:

Alison Vicks
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
PO Box 480
Ben Franklin Station
Washington, D.C.  20044

_____
s/ Alison Vicks
ALISON VICKS
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 305-7573
Facsimile:  (202) 305-2062
Email: Alison.S.Vicks@usdoj.gov

Dated: November 17, 2020