IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE PORTLAND MINT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 20-518C |
| v. ) | (Judge Horn) |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

DEFENDANT'S SECOND MOTION FOR AN
ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a 14-day enlargement of time, to and including December 4, 2020, within which to file our response to plaintiff's amended complaint. Our responsive pleading is currently due on November 20, 2020. This is our second request for an enlargement of time for this purpose. Defendant previously requested, and this Court granted, a request for an enlargement of 14 days. Counsel for Portland Mint has indicated that plaintiff will consent to this motion.

Good cause exists for this motion. This case was transferred to the undersigned counsel on November 17, 2020, and counsel immediately spoke with the prior attorney of record, who informed the undersigned of the impending deadline for defendant's responsive pleading. The undersigned also spoke with plaintiff's counsel to help with her understanding of the procedure and substance of the case. The undersigned, however, needs additional time to review plaintiff's amended complaint, familiarize herself with the case, coordinate with the agency, and finalize our response.

For these reasons, we respectfully request that the Court grant this unopposed motion for an enlargement of time of 14 days, to and including December 4, 2020, within which to file our response to plaintiff's first amended complaint.

                      Respectfully submitted,

                      JEFFREY BOSSERT CLARK
                      Acting Assistant Attorney General

                      ROBERT E. KIRSCHMAN, JR.
                      Director

                      s/ Deborah A. Bynum
                      DEBORAH A. BYNUM
                      Assistant Director

                      s/ Alison S. Vicks
                      ALISON S. VICKS
                      Trial Attorney
                      Commercial Litigation Branch
                      U.S. Department of Justice
                      PO Box 480
                      Ben Franklin Station
                      Washington, DC 20044
                      Tel: (202) 305-7573
                      Fax: (202) 307-0927

November 20, 2020          *Attorneys for Defendant*