# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * *   *
                                      *
THE PORTLAND MINT,                    *
                                      *
            Plaintiff,                *
                                      *   No. 20-518C
      v.                              *   Filed: November 21, 2020
                                      *
UNITED STATES,                        *
                                      *
            Defendant.                *
                                      *
* * * * * * * * * * * * * * * * * *   *
```

## O R D E R

The court is in receipt of the defendant's unopposed, November 20, 2020 motion for an enlargement of time of fourteen days, to and including December 4, 2020 to respond to plaintiff's amended complaint. Defendant's motion is **GRANTED**. On or before **Friday, December 4, 2020**, defendant shall file a response to plaintiff's amended complaint.

**IT IS SO ORDERED**.

s/Marian Blank Horn<br>
**MARIAN BLANK HORN**<br>
**Judge**