IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE PORTLAND MINT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> ) <br> ) | No. 20-518C <br> (Judge Horn) |

PLAINTIFF'S MOTION FOR AN
ENLARGMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, Plaintiff The Portland Mint ("Plaintiff"), respectfully requests a 14-day enlargement of time, to and including January 15, 2021, within which to file its response to Defendant The United States of America's ("Defendant") Motion to Dismiss the Amended Complaint.  Plaintiff's responsive pleading is currently due on January 1, 2021.  This is Plaintiff's first request for an enlargement of time for any purpose in this matter.  Defendant consents to this motion.  As such, good cause exists for this motion, which is the first request for an extension of time of any kind by Plaintiff in this matter.

For these reasons, Plaintiff respectfully requests that the Court grant this unopposed motion for an enlargement of time of 14 days, to and including January 15, 2021, within which to file its response to Defendant's Motion to Dismiss the Amended Complaint.

        Respectfully submitted,

        s/ Lee Vartan

        LEE VARTAN
        CHIESA SHAHINIAN & GIANTOMASI PC
        ONE BOLAND DRIVE
        WEST ORANGE, NJ 07052
        T: 973.325.1500
        F: 973.325.1501
        lvartan@csglaw.com
        *Attorneys for Plaintiff, The Portland Mint*

4812-0530-4789.v1