

**CHIESA SHAHINIAN & GIANTOMASI PC**

ONE BOLAND DRIVE
WEST ORANGE, NJ 07052

**csglaw.com**

**LEE VARTAN**
lvartan@csglaw.com
(O) 973.530.2107
(F) 973.530.2307

December 22, 2020

*Via Electronic Filing*
Hon. Marian Blank Horn
Howard T. Markey National Courts Building
717 Madison Place, NW
Washington, DC 20439

> **Re:   The Portland Mint v. United States**
> **Case No. 1:20-cv-00518-MBH**

Dear Judge Horn:

As Your Honor is aware, I represent Plaintiff, The Portland Mint ("Plaintiff"), in the above-captioned matter.  Enclosed for Your Honor's consideration is Plaintiff's unopposed motion for an enlargement of time to respond to defendant's motion to dismiss the Amended Complaint.

Thank you for the Court's continued attention to this matter.

Respectfully submitted,

/s/ Lee Vartan
Lee Vartan
Attorneys for Plaintiff, The Portland Mint

Enclosure

cc:   Alison S. Vicks, Esq. (via electronic filing)