# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * *  *
                                     *
THE PORTLAND MINT,                   *
                                     *
         Plaintiff,                  *
                                     *
         v.                          *   No. 20-518C
                                     *   Filed: December 23, 2020
UNITED STATES,                       *
                                     *
         Defendant.                  *
                                     *
* * * * * * * * * * * * * * * * * *  *
```

**O R D E R**

    The court is in receipt of the plaintiff's unopposed, December 22, 2020 motion for an enlargement of time of fourteen days, to and including January 15, 2021 to respond to defendant's motion to dismiss plaintiff's amended complaint. Plaintiff's motion is **GRANTED**. On or before **Friday, January 15, 2021**, plaintiff shall file a response to defendant's motion to dismiss plaintiff's amended complaint. As a result of the enlargement, on or before **Monday, January 25, 2021**, defendant shall file a reply brief.

    **IT IS SO ORDERED**.

                                                               s/Marian Blank Horn
                                                  **MARIAN BLANK HORN**
                                                        **Judge**