# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * *  *
                                     *
THE PORTLAND MINT,                   *
                                     *
        Plaintiff,                   *
                                     *
   v.                                *   No. 20-518C
                                     *   Filed: January 25, 2021
UNITED STATES,                       *
                                     *
        Defendant.                   *
                                     *
* * * * * * * * * * * * * * * * * *  *
```

## O R D E R

    The court is in receipt of the defendant's unopposed, January 22, 2021 motion for an enlargement of time of 21 days, to and including February 12, 2021 to file the reply to the motion to dismiss plaintiff's amended complaint. Defendant's motion is **GRANTED**. On or before **Friday, February 12, 2021**, defendant shall file a reply brief to the motion to dismiss plaintiff's amended complaint and shall indicate in the reply if defendant requests oral argument on the motion to dismiss. Also, on or before **Friday, February 12, 2021**, plaintiff shall file a notice with the court indicating if plaintiff requests oral argument on the motion to dismiss.

    **IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**
