IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE PORTLAND MINT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 20-518C |
| v. | ) | (Judge Horn) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN
ENLARGEMENT OF TIME TO FILE OUR REPLY IN
SUPPORT OF OUR MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a seven day enlargement of time, to and including February 19, 2021, within which to file our reply in support of our motion to dismiss plaintiff's amended complaint. Our reply is currently due February 12, 2021. We previously requested a 21-day enlargement for this purpose, which this Court granted. Counsel for Portland Mint has indicated that plaintiff does not oppose this motion.

Good cause exists to grant this request. This request is necessary to enable counsel to complete the United States's reply brief. The United States has been working diligently on the reply brief but has been unable to devote sufficient attention to it due to the demands of other cases. In particular, the undersigned's time was taken, in large part, by pre-trial work in *Williams v. United States*, No. 15-1059C, after the Court scheduled pre-trial filings to be submitted on February 9, 2021, and a trial on February 23, 2021. Simultaneously, the undersigned participated in internal conversations with the client agency and within her section, as well as several rounds of negotiations with plaintiff's counsel, in an effort to settle that case, resulting in a settlement, in principle, being reached prior to drafting and filing a joint status

report on February 5, 2021.  The undersigned is currently drafting the settlement agreement and completing the necessary memoranda and other paperwork to receive approval for the settlement from the designated representative of the Attorney General.

Moreover, in the time since our last request for an extension, the undersigned also completed a motion to dismiss in *Hamilton Square, LLC v. United States*, No. 20-1285, which was filed on February 5, 2021.  Further, on February 8 and 9, 2021, the undersigned helped complete a reply in support of the United States's motion for certification for interlocutory appeal of the Court's orders denying the United States's motions to dismiss in *Abrantes v. United States*, No. 19-129C, and twelve related cases, filed February 9, 2021.  Accordingly, although much of the reply brief for this case is drafted, the undersigned has not been able to devote sufficient time to the brief to fully address all of the issues raised in the plaintiff's response, and additional time is necessary to enable the undersigned to complete the reply brief.

In addition, upon completion of the draft brief by the undersigned, additional time will be necessary for the United States Mint to review the draft brief and provide comments.  Including the agency's comments into our reply brief will result in a more thorough presentation of the issues to this Court.  And, upon receipt of the agency's final comments, undersigned counsel will require additional time to review, reconcile, and incorporate those comments into the reply and to obtain the necessary supervisory review.

For these reasons, we respectfully request that the Court grant this unopposed motion for an enlargement of time of seven days, to and including February 19, 2021, within which to file our reply in support of our motion to dismiss.

        Respectfully submitted,

        BRIAN M. BOYNTON
        Acting Assistant Attorney General

        ROBERT E. KIRSCHMAN, JR.
        Director

        s/ Deborah A. Bynum
        DEBORAH A. BYNUM
        Assistant Director

        s/ Alison S. Vicks
        ALISON S. VICKS
        Trial Attorney
        Commercial Litigation Branch
        U.S. Department of Justice
        PO Box 480
        Ben Franklin Station
        Washington, DC 20044
        Tel: (202) 305-7573
        Fax: (202) 307-0927

February 11, 2021        *Attorneys for Defendant*