# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * *  *
                                      *
THE PORTLAND MINT,                    *
                                      *
            Plaintiff,                *
                                      *
      v.                              *    No. 20-518C
                                      *    Filed: February 11, 2021
UNITED STATES,                        *
                                      *
            Defendant.                *
                                      *
* * * * * * * * * * * * * * * * * *  *
```

**O R D E R**

    The court is in receipt of the defendant's unopposed, February 11, 2021 motion for an enlargement of time of seven days, to and including February 19, 2021 to file the reply to the motion to dismiss plaintiff's amended complaint. Defendant's motion is **GRANTED**. On or before **Friday, February 19, 2021**, defendant shall file a reply brief to the motion to dismiss plaintiff's amended complaint and shall indicate in the reply if defendant requests oral argument on the motion to dismiss.

    **IT IS SO ORDERED**.

                                                                 s/Marian Blank Horn
                                                        **MARIAN BLANK HORN**
                                                             **Judge**