# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * *  *
                                     *
THE PORTLAND MINT,                   *
                                     *
           Plaintiff,                *
                                     *      No. 20-518C
     v.                              *      Filed: February 19, 2021
                                     *
UNITED STATES,                       *
                                     *
           Defendant.                *
                                     *
* * * * * * * * * * * * * * * * * *  *
```

### O R D E R

      The court held a status conference in the above-captioned case on February 19, 2021. As discussed at the status conference, the court **DENIES** defendant's motion to dismiss, without prejudice, because of the numerous factual issues presented by the defendant after the defendant's motion to dismiss was filed and presented at the February 19, 2021 status conference. As the motion to dismiss has been denied, defendant's motion for leave to exceed the page limit for the reply brief to the motion to dismiss is **MOOT**. Additionally, defendant shall not file a reply to its motion to dismiss as there is no need to do so at this time. Defendant's response to the plaintiff's amended complaint is **STAYED**. Also as discussed at the status conference, on or before **Friday, March 5, 2021**, the parties shall separately file on ECF a brief statement of the administrative process for resolving the open administrative issues at the United States Mint. Moreover, the parties shall file joint status reports every two months, beginning **Monday, April 19, 2021**, regarding the status of the plaintiff's administrative appeal before the United States Mint.

      **IT IS SO ORDERED**.

                                                                     s/Marian Blank Horn
                                                        **MARIAN BLANK HORN**
                                                            **Judge**