# EXHIBIT B



**DEPARTMENT OF THE TREASURY**
UNITED STATES MINT
WASHINGTON, D.C. 20220

November 6, 2019

Anthony J. Scott
Special Agent in Charge
U.S. Department of the Treasury
Office of Inspector General
875 15th Street, NW
Washington, DC 20005

Re: IG Investigative Referral of United States Mint Police 19-PH-1350

Dear Mr. Scott:

On October 24, 2019, the Philadelphia Mint Police were contacted via email by the Mint Engineering Services Manager, stating that the United States Mint Anti-Counterfeiting Unit reached a preliminary determination the retained samples from both ▮▮▮▮ ▮▮▮▮ and Portland Mint mutilated melts last August are inconsistent with genuine United States coinage.

The report and attachments are referred to your office for investigation.

For additional information regarding this matter, please contact Inspector James Roberts at 202-354-6691 or Detective Charlaine Jones United States Mint Police at 202-354-8420.

Sincerely,

*For* Paul D. Constable
Dennis P. O'Connor
Chief
United States Mint Police

Cc: John Schorn