IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE PORTLAND MINT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 20-518C |
| v. | ) (Judge Horn) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

NOTICE OF FILING

Defendant, the United States, respectfully files this notice that the U.S. Mint reached its final determination regarding the August 2018 submission of plaintiff, the Portland Mint (Portland), to the U.S. Mint's redemption program, thus concluding Portland's appeal at the agency. The U.S. Mint sent the attached letter denying Portland's appeal to Portland today.

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Alison S. Vicks
ALISON S. VICKS
Trial Attorney
Commercial Litigation Branch
U.S. Department of Justice
PO Box 480
Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-7573
Fax: (202) 307-0927

March 16, 2021                                   *Attorneys for Defendant*