# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * *  *
                                    *
THE PORTLAND MINT,                  *
                                    *
                Plaintiff,          *
                                    *
        v.                          *   No. 20-518C
                                    *   Filed: March 26, 2021
UNITED STATES,                      *
                                    *
                Defendant.          *
                                    *
* * * * * * * * * * * * * * * * *  *
```

**O R D E R**

    On March 22, 2021, the court held a status conference with the above-captioned parties. As discussed at the conference, defendant shall file its answer to plaintiff's amended complaint on or before **Monday, April 5, 2021**. Separately from its answer, also on **Monday, April 5, 2021**, defendant shall file an explanation of the following sentence in its March 16, 2021 filing: "The counterfeit determination has been referred to law enforcement and the Portland Mint can pursue its rights in the appropriate court of law." Specifically, defendant shall clarify what has occurred to date, whether a case has been referred to law enforcement, and, if so, to which entity. Additionally, the parties shall jointly file a proposed discovery schedule, including time for interrogatories, expert discovery, and depositions, also on or before **Monday, April 5, 2021**. The parties should file either an updated status report or a request for a status conference in the event of further developments relevant to proceeding in the above-captioned case.

    **IT IS SO ORDERED**.

s/Marian Blank Horn<br>
<b>MARIAN BLANK HORN</b><br>
<b>Judge</b>