# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * *   *
                                      *
THE PORTLAND MINT,                    *
                                      *
            Plaintiff,                *
                                      *
     v.                               *   No. 20-518C
                                      *   Filed: April 9, 2021
UNITED STATES,                        *
                                      *
            Defendant.                *
                                      *
* * * * * * * * * * * * * * * * * *   *
```

**O R D E R**

      On April 7, 2021, the court held a status conference in the above-captioned case. In order to clarify issues discussed at the status conference, on or before **Wednesday, April 28, 2021** plaintiff shall file a status report regarding the following information: (1) whether or not plaintiff wishes to file a complaint in a United States District Court regarding any possible Administrative Procedure Act claims challenging the final decision of the United States Mint, issued on March 15, 2021 by David Croft, the Associate Director of Manufacturing for the United States Mint, that rejected The Portland Mint's January 25, 2021 appeal, and, if so, in which United States District Court; (2) an analysis of each of the counts listed in plaintiff's amended complaint as to which counts should be dismissed for lack of jurisdiction and why; and (3) an analysis of which counts are properly within the jurisdiction of this court and could be retained by the court, even if certain counts are appropriate for transfer or other related claims are brought in a different court, based on the issues in the amended complaint currently before this court, and why. Plaintiff's statement shall include a careful examination of the relevant statutes relating to jurisdiction, including, but not limited to, the Administrative Procedure Act, 5 U.S.C. §§ 702-706 (2018), and the Tucker Act, 28 U.S.C. §§ 1346, 1491 (2018). See also 28 U.S.C. § 1500 (2018).

      **IT IS SO ORDERED.**

                                                                         s/Marian Blank Horn
                                                                  **MARIAN BLANK HORN**
                                                                        **Judge**