# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * **   *
                                     *
THE PORTLAND MINT,                   *
                                     *
            Plaintiff,               *
                                     *
    v.                               *   No. 20-518C
                                     *   Filed: April 30, 2021
UNITED STATES,                       *
                                     *
            Defendant.               *
                                     *
    * * * * * * * * * * * * * * * *   *
```

**O R D E R**

On April 9, 2021, the court issued an Order in the above captioned case, instructing plaintiff file, by April 28, 2021 a status report regarding the following information:

(1) whether or not plaintiff wishes to file a complaint in a United States District Court regarding any possible Administrative Procedure Act claims challenging the final decision of the United States Mint, issued on March 15, 2021 by David Croft, the Associate Director of Manufacturing for the United States Mint, that rejected The Portland Mint's January 25, 2021 appeal, and, if so, in which United States District Court; (2) an analysis of each of the counts listed in plaintiff's amended complaint as to which counts should be dismissed for lack of jurisdiction and why; and (3) an analysis of which counts are properly within the jurisdiction of this court and could be retained by the court, even if certain counts are appropriate for transfer or other related claims are brought in a different court, based on the issues in the amended complaint currently before this court, and why.

On April 26, 2021, plaintiff file a motion for a "two-day enlargement of time, to and including April 30, 2021, within which to file the status report prescribed by the Court's Order dated April 9, 2021." Plaintiff's motion failed to reflect proof of service on defendant. Pursuant to RCFC 5.3 (2020) of the Rules of the United States Court of Federal Claims every document submitted to the court, by either party, must be served on the other party. The court cannot proceed in the above captioned case if the other party does not receive all submissions filed by the other party. Therefore, the court **INSTRUCTS** the Clerk's Office to **STRIKE** plaintiff's motion.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**