IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE PORTLAND MINT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 20-518C |
| | ) | (Judge Horn) |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN
EXTENSION OF TIME TO FILE STATUS REPORT
PURSUANT TO THE COURT'S APRIL 9, 2021 ORDER**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, plaintiff, The Portland Mint ("TPM"), respectfully requests a two-day enlargement of time, to and including April 30, 2021, within which to file the status report prescribed by the Court's Order dated April 9, 2021. (ECF Doc. 43). TPM's status report is currently due on April 28, 2021. This is TPM's first request for an enlargement of time for this purpose. Counsel for defendant has indicated that it does not oppose this motion.

Good cause exists to grant this request. TPM seeks the enlargement of time so the issues set forth in the Court's April 9, 2021 Order can be adequately addressed. Specifically, the Court requested TPM to provide a thorough examination and analysis on: a potential Administrative Procedure Act claim in district court; this Court's jurisdiction over each claim in the Amended Complaint; which counts should be retained if this matter is transferred in part to a district court; and various federal statutes. The short, two-day enlargement is necessary for TPM to address all of these issues.

For these reasons, TPM respectfully requests that the Court grant this unopposed motion for an enlargement of time of two days, to and including April 30, 2021, within which to file its status report.

Dated: April 30, 2021                                     Respectfully submitted,


                                                          /s/ Lee Vartan
                                                            LEE VARTAN
                                                            Chiesa Shahinian & Giantomasi PC
                                                            ONE BOLAND DRIVE
                                                            WEST ORANGE, NJ 07052
                                                            T: 973.325.1500
                                                            F: 973.325.1501
                                                            lvartan@csglaw.com
                                                            Attorneys for Plaintiff The Portland Mint

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 30th day of April, 2021, a copy of the foregoing "PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE STATUS REPORT PURSUANT TO COURT'S APRIL 9, 2021 ORDER" was filed electronically.  I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.  Additionally, service was made upon the following via electronic mail:

> Alison S. Vicks, Esq.
> Trial Attorney
> Commercial Litigation Branch
> Civil Division Department of Justice
> P.O. Box 480
> Ben Franklin Station
> Washington, D.C. 20044
> *Attorneys for Defendant*

> <u>/s/</u> Lee Vartan
> LEE VARTAN