# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * *  *
                                    *
THE PORTLAND MINT,                  *
                                    *
          Plaintiff,                *
                                    *
     v.                             *   No. 20-518C
                                    *   Filed: May 26, 2021
UNITED STATES,                      *
                                    *
          Defendant.                *
                                    *
* * * * * * * * * * * * * * * * *  *
```

### O R D E R

      On May 24, 2021, the court held a status conference in the above captioned case. As discussed at the status conference, on or before for **Monday, June 7, 2021,** plaintiff shall file a second amended complaint. At the May 24, 2021 status conference, defendant's counsel indicated defendant probably would respond to the second amended complaint by filing a motion to dismiss. Therefore, on or before **Monday, June 28, 2021**, defendant may file a motion to dismiss the second amended complaint. If defendant files a motion to dismiss, on or before **Monday, July 12, 2021**, plaintiff shall file a response to the motion to dismiss and on or before **Monday, July 19, 2021**, defendant shall file a reply to the motion to dismiss.

      **IT IS SO ORDERED.**

                                                                s/Marian Blank Horn
                                                 **MARIAN BLANK HORN**
                                                       **Judge**