# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE PORTLAND MINT, <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, <br><br> Defendant. | No. 20-518C <br> (Judge Horn) <br><br> **CERTIFICATION OF LEE VARTAN, ESQ. IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** |

I, Lee Vartan, of full age, hereby certify as follows:

1. I am a member of the law firm of Chiesa Shahinian & Giantomasi PC, attorneys for Plaintiff The Portland Mint.

2. I make this certification in support of Plaintiff's Opposition to Defendant's Motion to Dismiss the Second Amended Complaint.

3. Attached as Exhibit A is a true and correct copy of Audit Report OIG-20-042 from the Office of Inspector General, Department of the Treasury, dated August 18, 2020. This document is publicly available at https://oig.treasury.gov/sites/oig/files/2020-12/OIG-20-042.pdf.

4. Attached as Exhibit B is a true and correct copy of a Standard Operating Procedure document from the U.S. Mint, which was previously attached to a status report filed in this action by Defendant United States at ECF No. 34, Ex. A (redactions in original).

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: July 12, 2021

                                                  */s/ Lee Vartan*
                                                  LEE VARTAN