## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE PORTLAND MINT,  )<br>             )<br>  Plaintiff,      )<br>             )     No. 20-518C<br>  v.           )     (Judge Horn)<br>             )<br>THE UNITED STATES OF AMERICA,  )<br>             )     **CERTIFICATE OF SERVICE**<br>  Defendant.      )<br>             )<br>             ) | |

I, Lee Vartan, of full age, hereby certify as follows:

1. I am a member of the law firm of Chiesa Shahinian & Giantomasi PC, attorneys for Plaintiff The Portland Mint.

2. On July 12, 2021, I served the following documents on all counsel of record via the Court's electronic filing system (ECF):

   a. Plaintiff's Brief in Opposition to Defendant's Motion to Dismiss the Second Amended Complaint;
   b. Certification of Lee Vartan in Support of Plaintiff's Opposition, with Exhibits A and B; and
   c. Certificate of Service.

3. I also served the above-referenced documents on the following via electronic mail:

   Alison S. Vicks, Esq.
   Trial Attorney
   Commercial Litigation Branch, Civil Division
   U.S. Department of Justice
   P.O. Box 480
   Ben Franklin Station
   Washington, D.C. 20044
   *Attorneys for Defendant*

Dated: July 12, 2021

                         */s/ Lee Vartan*
                         LEE VARTAN

4847-6610-9681.v1