# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *  *
**THE PORTLAND MINT,**

      Plaintiff,

  v.

**UNITED STATES,**

      Defendant.

* * * * * * * * * * * * * * * * * *

**No. 20-518C**
**Filed: September 13, 2021**

### O R D E R

    The defendant's motion to dismiss the plaintiff's second amended complaint is fully briefed. In order to discuss the motion, the court **SCHEDULES** oral argument for **Friday, September 17, 2021, 11:00 a.m., EDT**. The court will hold the oral argument over zoom and the court will inform the parties of the zoom information.

    **IT IS SO ORDERED.**

                                                 s/Marian Blank Horn
                                         **MARIAN BLANK HORN**
                                                **Judge**