# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * * *
                                      *
THE PORTLAND MINT,                    *
                                      *
         Plaintiff,                   *
                                      *
    v.                                *   No. 20-518C
                                      *   Filed: September 13, 2021
UNITED STATES,                        *
                                      *
         Defendant.                   *
                                      *
* * * * * * * * * * * * * * * * * * *
```

**O R D E R**

    As a result of the parties' request, the oral argument originally scheduled for September 17, 2021, 11:00 a.m., EDT is **RESCHEDULED** for **Wednesday, September 22, 2021, 10:00 a.m., EDT**. The court will hold the rescheduled oral argument over zoom and the court will inform the parties of the zoom information.

    **IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
    **Judge**
