# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * *  *
                                      *
THE PORTLAND MINT,                    *
                                      *
            Plaintiff,                *
                                      *
      v.                              *   No. 20-518C
                                      *   Filed: September 21, 2021
UNITED STATES,                        *
                                      *
            Defendant.                *
                                      *
* * * * * * * * * * * * * * * * * *  *
```

O R D E R

    As a result of the parties' request, the oral argument originally scheduled for September 22, 2021, 10:00 a.m., EDT is **RESCHEDULED** for **Friday, September 24, 2021, 10:30 a.m., EDT**. The court will hold the rescheduled oral argument over zoom and the court will inform the parties of the zoom information.

    **IT IS SO ORDERED.**

                                             s/Marian Blank Horn
                                         **MARIAN BLANK HORN**
                                                **Judge**