# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * *  *
                                    *
THE PORTLAND MINT,                  *
                                    *
            Plaintiff,              *
                                    *     No. 20-518C
      v.                            *     Filed: October 20, 2021
                                    *
UNITED STATES,                      *
                                    *
            Defendant.              *
                                    *
* * * * * * * * * * * * * * * * *   *
```

### O R D E R

The court is in receipt of defendant's October 18, 2021 motion for an enlargement of time of seven days, to and including November 1, 2021, to "provide chambers with the documents requested in the Court's order of October 4, 2021." The defendant's motion is **GRANTED**. On or **before Wednesday, November 3, 2021**, defendant shall provide chambers with the requested documents. After review of the materials, the court will schedule a conference with the parties to discuss how the court will proceed on defendant's motion to dismiss the second amended complaint.

**IT IS SO ORDERED.**

s/Marian Blank Horn<br>
**MARIAN BLANK HORN**<br>
**Judge**