# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * *   *
                                    *
THE PORTLAND MINT,                  *
                                    *
            Plaintiff,              *
                                    *   No. 20-518C
      v.                            *   Filed: December 13, 2021
                                    *
UNITED STATES,                      *
                                    *
            Defendant.              *
                                    *
* * * * * * * * * * * * * * * * *   *
```

## O R D E R

The court has reviewed the materials provided by defendant in camera. In order to discuss how to proceed, the court **SCHEDULES** a status conference for **Tuesday, January 4, 2022, 10:30 a.m., EST**. The court will inform the parties of the logistics of the status conference at a later date.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**