# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * *  *
                                    *
THE PORTLAND MINT,                  *
                                    *
            Plaintiff,              *
                                    *    No. 20-518C
      v.                            *    Filed: January 7, 2022
                                    *
UNITED STATES,                      *
                                    *
            Defendant.              *
                                    *
* * * * * * * * * * * * * * * * *  *
```

### O R D E R

     On January 4, 2022, the court held a status conference in the above captioned case to discuss the information the defendant had provided in camera to chambers. As discussed at the status conference, on or before **Friday, February 4, 2022**, defendant shall file a status report reflecting the discussions between counsels of record for both parties under a protective order to be proposed by both parties and reviewed and, if appropriate, approved by the court. The discussions between the parties should address what, if any, materials can be provided to plaintiff's counsel only under the protective order. Depending on the information to be included in the defendant's status report, the defendant may, if appropriate, submit the status report to the court in camera.

     As a result of the foregoing, the above captioned case is temporarily **STAYED.** This case has a long history at the agency and was filed in this court on April 28, 2020. All parties should be eager to resolve the above captioned case. In order to discuss the status report and how to proceed, the court **SCHEDULES** a status conference for **Wednesday, February 9, 2022, 10:30 a.m., EST**. The court will inform the parties of the logistics of the status conference at a later date. In order to have a full discussion of all the issues at the February 9, 2022 conference, the chief counsel of the U.S. Mint, and appropriate program official(s) should also attend the February 9, 2022 conference.

     **IT IS SO ORDERED.**

                                                                                s/Marian Blank Horn
                                                                                **MARIAN BLANK HORN**
                                                                                      **Judge**