**Attachment A**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE PORTLAND MINT,            ) | |
|                               ) | |
|    Plaintiff,  ) | |
|                               ) | No. 20-518C |
| v.                            ) | (Judge Horn) |
|                               ) | |
| UNITED STATES,                ) | |
|                               ) | |
|    Defendant.  ) | |

**CERTIFICATE OF COMPLIANCE WITH PROTECTIVE ORDER**

      The undersigned hereby certifies that I have read, understand and will comply with the terms of the Protective Order entered by the United States Court of Federal Claims in the matter of *The Portland Mint v. United States*, No. 20-518C.  I further represent that, pursuant to the Protective Order, I will not disseminate, disclose, or discuss the materials or the contents of any materials other than as permitted by the Protective Order and will abide by the limitations of the Protective Order regarding the scope of persons permitted to review such documents.  I further understand that, in the event that the Court finds that I have willfully violated this Certificate or the terms of the Court's Order, that the Court may enter an order holding me in contempt of court.

Date: _____  Name (Print): _____

                                                          Signature: _____