IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE PORTLAND MINT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 20-518C |
| v. | ) | (Judge Horn) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF FILING

Pursuant to the Court's order of January 7, 2022, defendant, the United States, respectfully files this notice that it has submitted a status report to the Court *in camera* on the topics identified in the order. *See* Order, ECF No. 67.

          Respectfully submitted,

          BRIAN M. BOYNTON
          Acting Assistant Attorney General

          PATRICIA M. McCARTHY
          Director

          s/ Deborah A. Bynum
          DEBORAH A. BYNUM
          Assistant Director

          s/ Alison S. Vicks
          ALISON S. VICKS
          Trial Attorney
          Commercial Litigation Branch
          U.S. Department of Justice
          PO Box 480
          Ben Franklin Station
          Washington, DC 20044
          Tel: (202) 305-7573
          Fax: (202) 307-0927

February 2, 2022          *Attorneys for Defendant*