# In the United States Court of Federal Claims

```
  *  *  *  *  *  *  *  *  *  *  *  *  *  *  **   *
                                                 *
THE PORTLAND MINT,                               *
                                                 *
            Plaintiff,                           *
                                                 *
      v.                                         *   No. 20-518C
                                                 *   Filed: February 4, 2022
UNITED STATES,                                   *
                                                 *
            Defendant.                           *
                                                 *
      *  *  *  *  *  *  *  *  *  *  *  *  *  *  **  *
```

## O R D E R

The court is in receipt of the defendant's <u>in camera</u> submission. As indicated in the defendant's <u>in camera</u> submission, all of individuals defendant would like to include at the upcoming status conference, are not available on February 9, 2022. Therefore, the status conference originally scheduled for February 9, 2022, 10:30 a.m., EST is **RESCHEDULED** for **Thursday, February 10, 2022, 2:00 p.m., EST.** The court will inform the parties of the logistics of the status conference at a later date. As indicated in the court's previous Order, in order to have a full discussion of all the issues at the February 10, 2022 conference, the chief counsel of the U.S. Mint, and appropriate program official(s) should also attend the February 10, 2022 conference.

**IT IS SO ORDERED.**

<u>s/Marian Blank Horn</u>
**MARIAN BLANK HORN**
**Judge**