# In the United States Court of Federal Claims

No. 20-518C
(Filed: June 13, 2022)

**THE PORTLAND MINT**

    **Plaintiff**

v.                              **JUDGMENT**

**THE UNITED STATES**

    **Defendant**

Pursuant to the court's Opinion, filed June 11, 2022, granting defendant's motion to dismiss,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiff's second amended complaint is dismissed for lack of subject-matter jurisdiction and for failure to state a claim.

                                                  Lisa L. Reyes
                                                  Clerk of Court

                           By:    s/Anthony Curry

                                                    Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>.   Filing fee is $505.00.