# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * *  *
                                   *
THE PORTLAND MINT,                 *
                                   *
        Plaintiff,                 *
                                   *    No. 20-518C
        v.                         *    Filed: June 13, 2022
                                   *
UNITED STATES,                     *
                                   *
        Defendant.                 *
                                   *
* * * * * * * * * * * * * * * * *  *
```

**O R D E R**

      On June 11, 2022, the court issued a sealed Opinion granting the defendant's motion to dismiss plaintiff's second amended complaint. On or before **Monday, June 27, 2022**, the parties each shall submit their proposed redactions of the sealed Opinion. The parties shall provide an explanation to support each proposed redaction. If neither party believes redactions are necessary, the parties shall so indicate in a joint status report. One party may file the joint status report with the consent of the other parties reflected in the report.

      **IT IS SO ORDERED.**

                                                                            s/Marian Blank Horn
                                                                        **MARIAN BLANK HORN**
                                                                              **Judge**