IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE PORTLAND MINT, | ) |
|         Plaintiff, | ) |
| v. | ) No. 20-518C |
| | ) (Judge Horn) |
| THE UNITED STATES, | ) |
|         Defendant. | ) |

## JOINT STATUS REPORT

Pursuant to the Court's order of June 13, 2022, the parties respectfully submit this joint status report regarding redactions to the Court's sealed opinion issued on June 11, 2022. Order, ECF No. 75. Neither party believes redactions are necessary.

This status report is being filed by the defendant with the consent of the plaintiff.

Respectfully submitted,

| | |
|---|---|
| */s/ Lee Vartan* | BRIAN M. BOYNTON |
| LEE VARTAN | Principal Deputy Assistant Attorney General |
| Chiesa Shahinian & Giantomasi PC | |
| One Boland Drive | PATRICIA M. McCARTHY |
| West Orange, New Jersey 07052 | Director |
| T: 973.325.1500 | |
| F: 973.325.1501 | */s/ Deborah A. Bynum* |
| lvartan@csglaw.com | DEBORAH A. BYNUM |
| *Attorneys for Plaintiff The Portland Mint* | Assistant Director |
| | |
| | /s/ Alison S. Vicks |
| | ALISON S. VICKS |
| | Trial Attorney |
| | Commercial Litigation Branch |
| | Civil Division |
| | Department of Justice |
| | P.O. Box 480 |
| | Ben Franklin Station |
| | Washington, D.C. 20044 |
| | Tel: (202) 305-7573 |
| | Fax: (202) 307-0972 |
| | Alison.S.Vicks@usdoj.gov |
| June 27, 2022 | *Attorneys for Defendant* |