## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE PORTLAND MINT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

No. 20-518C
(Hon. Marian Blank Horn)

## NOTICE OF APPEAL

Pursuant to RCFC 58.1(a) and Fed. R. App. P. 4(a)(1)(b), notice is hereby given that Plaintiff The Portland Mint hereby appeals to the United States Court of Appeals for the Federal Circuit from the Judgement entered in this action on June 13, 2022 (ECF No. 74) and the accompanying Sealed Opinion and Order entered in this action on June 11, 2022 (ECF No. 73), which was unsealed and reissued for publication without redaction on June 28, 2022 (ECF No. 77).

Dated: August 8, 2022                    Respectfully submitted,


                                         */s/ Lee Vartan*
                                         Lee Vartan
                                         Chiesa Shahinian & Giantomasi PC
                                         One Boland Drive
                                         West Orange, New Jersey 07052
                                         (973) 530-2107
                                         Fax: (973) 530-2307
                                         lvartan@csglaw.com

                                         *Attorneys for Plaintiff The Portland Mint*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 8th day of August, 2022, a true and correct copy of the foregoing

Notice of Appeal was electronically filed with the Clerk of the Court via the CM/ECF system,

which will send notification to all counsel of record in this matter who are registered with the

Court's CM/ECF system. Additionally, service was made upon the following via electronic mail:

> Alison S. Vicks, Esq.
> Trial Attorney
> U.S. Department of Justice – Civil Division
> Commercial Litigation Branch
> Post Office Box 480
> Ben Franklin Station
> Washington, DC 20044
> (202) 305-7573
> Fax: (202) 307-0972
> alison.s.vicks@usdoj.gov

> *Attorneys for Defendant The United States of America*

<em>/s/ Lee Vartan</em><br>LEE VARTAN