IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE PORTLAND MINT, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | No. 20-518C (Judge Horn) |
| THE UNITED STATES, | ) ) | |
| Defendant. | ) | |

<u>INTERIM JOINT STATUS REPORT</u>

Pursuant to the Court's order filed November 20, 2025, ECF No. 116, plaintiff, the

Portland Mint, and defendant, the United States, respectfully submit the following joint status

report reflecting the progress of discovery. Since the parties' January 20, 2026 status report, the

parties have continued to exchange emails to further both fact and expert discovery and resolve

disputes without intervention of the Court. Pursuant to the Court's order, the parties' next status

report is due March 3, 2026.

Respectfully submitted,

/s Lee Vartan_____            BRETT A. SHUMATE
LEE VARTAN                                Assistant Attorney General
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway                   PATRICIA M. MCCARTHY
Roseland, NJ 07068                        Director
T: 973.325.1500
F: 973.325.1501                          DEBORAH A. BYNUM
lvartan@csglaw.com                        Assistant Director

                                         s/ Rebecca T. Mitchell
Attorney for Plaintiff                   REBECCA T. MITCHELL
                                         Trial Attorney
                                         A. BONDURANT ELEY
                                         Senior Litigation Counsel
                                         Commercial Litigation Branch
                                         Civil Division
                                         U.S. Department of Justice
                                         P.O. Box 480
                                         Ben Franklin Station
                                         Washington, D.C. 20044
                                         Telephone:   (202) 616-0467
                                         Email:       Rebecca.Mitchell@usdoj.gov


February 10, 2026                        Attorneys for Defendant


2