IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE PORTLAND MINT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 20-518C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

INTERIM JOINT STATUS REPORT

Pursuant to the Court's order filed November 20, 2025, ECF No. 116, plaintiff, the Portland Mint, and defendant, the United States, respectfully submit the following joint status report reflecting the progress of discovery. Since the parties' February 10, 2026 status report, the parties have continued to exchange emails to further both fact and expert discovery and resolve disputes without intervention of the Court. Pursuant to the Court's order, the parties' next status report is due March 24, 2026.

Respectfully submitted,

/s/ Lee Vartan                                                                      BRETT A. SHUMATE
LEE VARTAN                                                                    Assistant Attorney General
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway                               PATRICIA M. McCARTHY
Roseland, NJ 07068                                     Director
T: 973.325.1500
F: 973.325.1501                                         DEBORAH A. BYNUM
lvartan@csglaw.com                                    Assistant Director

s/ Rebecca T. Mitchell
Attorney for Plaintiff                                  REBECCA T. MITCHELL
Trial Attorney
A. BONDURANT ELEY
Senior Litigation Counsel
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone:   (202) 616-0467
Email:       Rebecca.Mitchell@usdoj.gov

March 3, 2026                                          Attorneys for Defendant

2