# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * *    *
                                       *
THE PORTLAND MINT,                     *
                                       *
            Plaintiff,                 *
                                       *
      v.                               *    No. 20-518C
                                       *    Filed: April 29, 2026
UNITED STATES,                         *
                                       *
            Defendant.                 *
                                       *
* * * * * * * * * * * * * * * * *      *
```

## O R D E R

The court is in receipt of defendant's April 28, 2026 status report. As indicated in the court's April 23, 2026 Order, the close of discovery remains set for June 30, 2026.

**IT IS SO ORDERED.**

<u>s/Marian Blank Horn</u>
**MARIAN BLANK HORN**
**Judge**