IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE PORTLAND MINT, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | No. 20-518C (Judge Horn) |
| THE UNITED STATES, | ) ) | |
| Defendant. | ) ) | |

<u>INTERIM JOINT STATUS REPORT</u>

Pursuant to the Court's order filed March 27, 2026, ECF No. 125, plaintiff, the Portland Mint, and defendant, the United States, respectfully submit the following joint status report reflecting the progress of discovery. The parties last filed a joint status report on May 19, 2026. ECF No. 135.

<u>Plaintiff's Position</u>

Despite promises to complete its production by May 29, the Government's production is not yet complete. Further, as the Government acknowledges, it has found even more newly discovered coins that the Portland Mint was never given opportunity to inspect, despite a two-day trip to the U.S. Mint in March. The parties are engaged in settlement conversations.

<u>Defendant's Position</u>

Pursuant to the Court's order that "defendant shall file interim status reports reflecting the progress of discovery, and the specific steps the defendant has taken since the last report," ECF No. 125, since the parties' May 19, 2026 status report, the Government has continued to dedicate substantial efforts to complete document production and to investigate plaintiff's concerns raised regarding missing coins.

Turning to document production, the Government has continued to expend enormous effort to complete production of responsive, non-privileged documents by May 29, 2026, the target date previously identified for the Court. The Government produced 2,277 documents on May 20, 2026; 3,203 documents on May 22, 2026; 3,204 documents on May 27, 2026; and 7,890 documents on May 29, 2026. These productions include documents the Government re-reviewed from past collections to ensure responsive documents were not inadvertently withheld, documents the Government collected pursuant to the parties' agreed-upon search terms, and documents from collections the Government performed to further investigate plaintiff's allegations of missing coins.

The Government is in the process of preparing a privilege log of the documents withheld. This is an enormous undertaking for two reasons. First, there is an enormous volume of privileged material due to the heavy involvement of counsel and law enforcement personnel in the issues giving rise to this case, and the fact that the Portland Mint has requested documents following the initiation of this lawsuit. Second, because the Government has conducted searches of multiple collections, both by agreement and on its own initiative, there are a considerable number of duplicate documents that the Government must log while creating its privilege log. As a result, the Government reasonably anticipates producing a final log of in excess of 10,000 entries. Government counsel has expended significant efforts on the privilege log, and has logged all unique and master documents, and will produce that portion of the log to plaintiff on June 12, 2026. To the extent the Government decides that any of the documents withheld as privileged should be released, those will be produced to the Portland Mint.

In the course of producing documents over the past two weeks and continuing to investigate the Portland Mint's claims, undersigned counsel discovered that the Government has

in its possession additional coins the Portland Mint submitted on August 1 and 2, 2018. The Government initially objected to producing documents concerning a Treasury Office of Inspector General Audit (TOIG) report and to producing information on any assessment and testing of the Portland Mint's coin submission that is unrelated to the Mint's determination that is the subject of this litigation. However, in the spirit of compromise, we have collected documents from a TOIG law enforcement agent, Mr. Christopher Hersey, as well as expanded our search terms for responsive documents. Review of these documents and conducting follow-up interviews has revealed that Mr. Hersey, and a TOIG auditor, Mr. Kenneth O'Loughlin, each physically sampled coins from the Portland Mint's August 1 and 2, 2018 submission while on site at the melt. Undersigned counsel has received representations from the Mint that neither Mr. Hersey's nor Mr. O'Loughlin's coins were ever relied upon when denying the Portland Mint's request for redemption. Mr. Hersey has represented to undersigned counsel that the entirety of the coins he sampled from the Portland Mint's submission was returned to the Philadelphia Mint. Mr. O'Loughlin has represented to undersigned counsel that the entirety of the coins he sampled are in his possession at his home in Boston, Massachusetts, and we are in the process of preparing to secure those coins. The Government will make these coins available to the Portland Mint if requested.

The Government will continue to investigate whether any newly discovered information requires the Government to amend its discovery responses or response to the Portland Mint's discovery letter. Because the Court requested a copy of the Government's response to the Portland Mint's discovery letter, the Government will submit any amended response to the Court if one is necessary.

The parties have also been engaged in settlement discussions.

Conclusion

Pursuant to the Court's order, the parties' next status report is due June 16, 2026.

|  | Respectfully submitted, |
|---|---|
| | |
| /s/  Lee Vartan | BRETT A. SHUMATE |
| LEE VARTAN | Assistant Attorney General |
| Chiesa Shahinian & Giantomasi PC | |
| 105 Eisenhower Parkway | PATRICIA M. MᶜCARTHY |
| Roseland, NJ 07068 | Director |
| T: 973.325.1500 | |
| F: 973.325.1501 | DEBORAH A. BYNUM |
| lvartan@csglaw.com | Assistant Director |
| | |
| | s/ Rebecca T. Mitchell |
| Attorney for Plaintiff | REBECCA T. MITCHELL |
| | Trial Attorney |
| | A. BONDURANT ELEY |
| | Senior Litigation Counsel |
| | Commercial Litigation Branch |
| | Civil Division |
| | U.S. Department of Justice |
| | P.O. Box 480 |
| | Ben Franklin Station |
| | Washington, D.C. 20044 |
| | Telephone:   (202) 616-0467 |
| | Email:        Rebecca.Mitchell@usdoj.gov |
| | |
| June 2, 2026 | Attorneys for Defendant |