IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE PORTLAND MINT, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 20-518C (Judge Horn) |
| THE UNITED STATES, | ) ) | |
| Defendant. | ) ) | |

INTERIM JOINT STATUS REPORT AND JOINT MOTION TO STAY

Pursuant to the Court's order filed March 27, 2026, ECF No. 125, plaintiff, the Portland Mint, and defendant, the United States, respectfully submit the following joint status report reflecting the progress of discovery. The parties last filed a joint status report on June 2, 2026. ECF No. 136. Additionally, pursuant to Rule 7(b) of the Rules of the United States Court of Federal Claims (RCFC), the parties respectfully request that the Court stay all proceedings and deadlines in this matter for 45 days, to and including July 31, 2026, for the parties to engage in settlement discussions.

Since the parties' last status report, the parties have continued to make progress in discovery and engage in settlement negotiations. On June 12, 2026, the Government sent plaintiff a privilege log for thousands of master and unique documents as indicated in the parties' June 2, 2026 joint status report.

Additionally, between June 2 and today, the parties have continued to engage in settlement discussions in hopes of reaching a settlement they can recommend to their respective clients. Because settlement discussions have been productive, the parties now respectfully request a stay of proceedings to facilitate those settlement discussions.

Good cause exists to grant this motion.  A stay of proceedings will provide the parties with the time and opportunity they need to hopefully reach an agreement on settlement terms that they can recommend to their respective clients, and would, correspondingly, conserve both the parties' and the Court's resources by enabling the parties to pursue the most just, speedy, and inexpensive resolution of this matter.  *See* RCFC 1.  If the parties reach an agreement in principle, plaintiff, through counsel, will make a formal offer of settlement to counsel for the United States.  Once that formal offer is received by counsel for the United States, she will begin the process of submitting the proposed settlement for consideration by the authorized representative of the Attorney General.  If settlement approval is obtained, then this proposed stay will also enable the parties to complete and execute any final settlement agreement.

For these reasons, the parties jointly and respectfully request that the Court grant this motion to stay all proceedings and deadlines in this matter for 45 days, to and including July 31, 2026.  The parties further respectfully propose that they file a joint status report on June 30, 2026, and every two weeks thereafter, apprising the Court of the status of their settlement discussions.  The parties also propose that they file a joint status report on or before July 31, 2026, apprising the Court of the status of their settlement discussions and, if appropriate, advising the Court whether additional time is needed.

2

Respectfully submitted,

/s/  Lee Vartan                                BRETT A. SHUMATE
LEE VARTAN                                Assistant Attorney General
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway              PATRICIA M. McCARTHY
Roseland, NJ 07068                       Director
T: 973.325.1500
F: 973.325.1501                            DEBORAH A. BYNUM
lvartan@csglaw.com                      Assistant Director

                                                   s/ Rebecca T. Mitchell
Attorney for Plaintiff                    REBECCA T. MITCHELL
                                                   Trial Attorney
                                                   A. BONDURANT ELEY
                                                   Senior Litigation Counsel
                                                   Commercial Litigation Branch
                                                   Civil Division
                                                   U.S. Department of Justice
                                                   P.O. Box 480
                                                   Ben Franklin Station
                                                   Washington, D.C. 20044
                                                   Telephone:   (202) 616-0467
                                                   Email:          Rebecca.Mitchell@usdoj.gov

June 16, 2026                              Attorneys for Defendant

3