IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE PORTLAND MINT,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 20-518C<br>(Judge Horn) |

JOINT STATUS REPORT

Pursuant to the Court's order filed June 21, 2026, ECF No. 138, plaintiff, the Portland Mint, and defendant, the United States, respectfully submit the following joint status report regarding the status of settlement discussions. On June 22, 2026, the Portland Mint offered to settle this case based on terms counsel for the parties negotiated. On June 26, 2026, the Portland Mint's settlement offer and counsel for the United States' recommendation were submitted to the authorized representative of the Attorney General for consideration. On July 29, 2026, the authorized representative of the Attorney General approved accepting the Portland Mint's settlement offer and the parties executed a settlement agreement. On July 30, 2026, the Portland Mint provided information to facilitate the payment of funds pursuant to the settlement agreement. Once payment has been received by the Portland Mint, the parties will stipulate to the dismissal of this case with prejudice.

To allow time for payment to be disbursed, the parties respectfully request that the Court continue the stay in this case for an additional 31 days, to and including Monday, August 31, 2026. Accordingly, the parties respectfully request the Court cancel the status conference set for August 4, 2026 at 11:00 a.m. The parties also respectfully request the Court order the parties to file a joint status report on the status of the settlement and, if appropriate, advising the Court

whether additional time is needed, on or before August 31, 2026, if the parties have not dismissed this case before that date.

Respectfully submitted,

/s/ Lee Vartan
LEE VARTAN
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, NJ 07068
T: 973.325.1500
F: 973.325.1501
lvartan@csglaw.com

Attorney for Plaintiff

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

DEBORAH A. BYNUM
Assistant Director

s/ Rebecca T. Mitchell
REBECCA T. MITCHELL
Trial Attorney
A. BONDURANT ELEY
Senior Litigation Counsel
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-0467
Email: Rebecca.Mitchell@usdoj.gov

Attorneys for Defendant

July 31, 2026