# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * *

**THE PORTLAND MINT,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * *

**No. 20-518C**
**Filed: July 31, 2026**

## O R D E R

The court is in receipt of the parties' July 31, 2026 joint status report. The joint status report states, in part:

> On June 22, 2026, the Portland Mint offered to settle this case based on terms counsel for the parties negotiated. On June 26, 2026, the Portland Mint's settlement offer and counsel for the United States' recommendation were submitted to the authorized representative of the Attorney General for consideration. On July 29, 2026, the authorized representative of the Attorney General approved accepting the Portland Mint's settlement offer and the parties executed a settlement agreement. On July 30, 2026, the Portland Mint provided information to facilitate the payment of funds pursuant to the settlement agreement. Once payment has been received by the Portland Mint, the parties will stipulate to the dismissal of this case with prejudice.

The joint status report continues:

> To allow time for payment to be disbursed, the parties respectfully request that the Court continue the stay in this case for an additional 31 days, to and including Monday, August 31, 2026. Accordingly, the parties respectfully request the Court cancel the status conference set for August 4, 2026 at 11:00 a.m. The parties also respectfully request the Court order the parties to file a joint status report on the status of the settlement and, if appropriate, advising the Court whether additional time is needed, on or before August 31, 2026, if the parties have not dismissed this case before that date.

The court commends the parties for working together to resolve the above captioned case without the need for further litigation. The parties' request is **GRANTED**. If a stipulation of

dismissal has not been filed, on or before **Monday, August 31, 2026**, the parties shall file a joint status report indicating what steps remain before the above captioned case can be dismissed. One party may file the joint status report with the consent of the other party reflected in the joint status report. As a result of the parties' settlement efforts, the status conference scheduled for August 4, 2026, at 11:00 a.m., EDT is **CANCELLED.**

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**